# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VILLEDA,<br><br>    Petitioner,<br><br>        v.<br><br>K. SEIBEL,<br><br>    Respondent. | NO. SACV 15-2050-SJO (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge and Petitioner's Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge that the petition is wholly unexhausted because Petitioner has never presented any of his grounds for relief to the California Supreme Court. Federal habeas relief is not available for unexhausted grounds. 28 U.S.C. § 2254(b)(1)(A).

After the magistrate judge issued her Report and Recommendation, the Ninth Circuit issued its decision in *Mena v. Long*, 813 F.3d 907 (9th Cir. 2016). In

1 *Mena*, the Circuit clarified that a district court has authority to stay habeas petitions that are wholly unexhausted notwithstanding any "stray language" in *Rasberry v. Garcia*, 448 F.3d 1150 (9th Cir. 2006). *Mena*, 813 F.3d at 912 & n.3.

In light of *Mena*, Petitioner may file a motion for a stay of his federal habeas petition while he exhausts his claims before the California Supreme Court. To obtain a stay under *Rhines v. Weber*, 544 U.S. 269 (2005), a petitioner must show that he had good cause for failing to exhaust claims in the California Supreme Court, that his claims are "potentially meritorious" and that he has not engaged in intentional delay tactics. *Id.* at 277-78. Alternatively, Petitioner may seek a stay under *Kelly v. Small*, 315 F.3d 1063 (9th Cir. 2003). Petitioner should promptly initiate exhaustion proceedings in the state court without waiting for a ruling from this court on his motion for a stay. To do so, Petitioner may file a state habeas petition before the California Supreme Court that contains his grounds for relief.

If Petitioner wishes to seek a stay, Petitioner must file a motion for stay of proceedings on or before **May 26, 2016**. If Petitioner does not timely file a motion for stay of proceedings, the Petition will be dismissed without prejudice as wholly unexhausted.

DATED: April 27, 2016.

S. Jame Otero

S. JAMES OTERO
United States District Judge