UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JUAN CARLOS VILLEDA, | ) | NO. SACV 15-2050-SJO (AGR) |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |
| K. SEIBEL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

It is clear that Petitioner has failed to commence exhaustion proceedings in the state court despite being required to do so by May 1, 2017 and despite receiving reminders from the magistrate judge.

///

///

///

IT THEREFORE IS ORDERED that judgment be entered denying the Petition and dismissing this action without prejudice.

DATED: January 19, 2018

*S. James Otero*
_____
S. JAMES OTERO
United States District Judge