UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VILLEDA,<br><br>    Petitioner,<br><br>  v.<br><br>K. SEIBEL, Warden<br><br>    Respondent. | NO. SACV 15-2050-SJO (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: January 19, 2018

*S. James Otero*
_____
S. JAMES OTERO
United States District Judge